**VOKAL, INC., a Florida corporation, Plaintiff–Appellant,**

v.

**NELLY, f.k.a. Cornell Jr. Hayes, Vokal Clothing Company, L.L.C., a Missouri limited liability company, Defendants–Appellees.**

No. 05–15841
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 30, 2006.

S. Tracy Long, Silverman Santucci, LLP, Ft. Lauderdale, FL, for Plaintiff–Appellant.

Michael J. Furbush, Gronek & Latham, LLP, Orlando, FL, for Defendants–Appellees.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor the appellee is affirmed for the reasons set forth in the ORDER of the district court dated September 20, 2005.

AFFIRMED.